STATE of Missouri, Respondent,

v.

Woodrow DILLARD, Jr., Appellant.

No. WD 73526.

Missouri Court of Appeals, Western District.

Sept. 11, 2012.

Frederick Ernst, Kansas City, MO, for Appellant.

Jessica Meredith, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., THOMAS H. NEWTON, and GARY D. WITT, JJ.

## ORDER

PER CURIAM.

Woodrow Dillard, Jr., appeals the circuit court's judgment convicting him of one count of forcible rape, two counts of forcible sodomy, one count of the class C felony of felonious restraint, one count of the class B felony of domestic assault in the first degree, and one count of armed criminal action. We affirm. Rule 30.25(b).